# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Anton Marshall,

        Plaintiff(s),           JUDGMENT IN A CIVIL CASE

vs.           3:06cv135-3-MU

Jim Pendergraph,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2006 Order.

March 24, 2006

        FRANK G. JOHNS, CLERK

        BY: *(signature)*
        Cynthia Huntley, Deputy Clerk

Dockets.Justia.com